UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH
CAROLINA WESTERN DIVISION

NO. 5:18-CR-11-FL

UNITED STATES OF AMERICA

v.

RAMIRO MARTINEZ-ZACARIAS

ORDER TO SEAL

Upon motion of the Defendant, and for Good Cause shown, it is hereby ORDERED that the motion to seal the proposed sealed response filed at Docket Entry 52 is GRANTED and will be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

This __27th__ day of November, 2018.

LOUISE W. FLANAGAN
United States District Court Judge