IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-11-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RAMIRO MARTINEZ-ZACARIAS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

In order that trial activities may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors. The cost of these meals total $88.88. The clerk is DIRECTED to pay Domino's Pizza the sum of $88.88.

SO ORDERED, this 19th day of December, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge